

**ORDERED in the Southern District of Florida on October 28, 2015.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI, DIVISION)

| | | |
|---|---|---|
| In re: | : | CASE NO.:  13-15371-RAM |
| | : | |
| FLEMING TRUCK SALES CORP. | : | CHAPTER 7 |
| | : | |
|     Debtor. | : | |
| _____/ | | |

### ORDER GRANTING TRUSTEE'S RENEWED MOTION FOR ENTRY OF A FINAL JUDGMENT AGAINST LUIS F. CACEDA UNDER THE DEFAULT PROVISIONS OF THE COURT'S SETTLEMENT ORDER [D.E. 30]

THIS CAUSE, came before the Court on October 22, 2015, 10:00 A.M. to consider the Trustee's Renewed *Motion for the Entry of a Final Judgment Against Luis F. Caceda Under the Default Provisions of the Court's Settlement Order* [D.E 52] (the "***Motion***").  The Court has considered the Motion and the record herein, and the argument of the Trustee's Counsel.  For the reasons stated on the record, it is

**ORDERED**  as follows:

1.  The Trustee's *Renewed Motion for Entry of a Final Judgment Against Luis F. Caceda Under the Default Provisions of the Court's Settlement Order* [D.E. 52] is **GRANTED**.

2.  Luis F. Caceda has until December 21, 2015 to pay all sums needed to come current under the terms of the Settlement Order [D.E. 30]. The amount needed to come current by December 21, 2015 is $3,000.00. Mr. Caceda should remit $1,000.00 by November 2, 2015 and $2,000.00 on or before December 21, 2015. Mr. Caceda should remit this payment to the Trustee, Maria Yip, and mailed to the Trustee's office at 2 S. Biscayne Blvd. # 2690, Miami, FL 33131. All payments need to be made by cashier's check or money order, and each cashier's check or money order should state the name of the Debtor and the case number.

3.  If Luis F. Caceda fails to come current under the terms of the Settlement Order [D.E. 30] by December 21, 2015, then the Trustee is authorized to file a Notice of Non-Compliance, and submit to the Court a Final Judgement against Luis F. Caceda. The Final Judgment against Luis F. Caceda will be entered without further hearing.

###

Submitted by:

ROBERT A. ANGUEIRA, P.A.
6495 S.W. 24th Street
Miami, Florida 33155
Tel. (305) 263-3328
Fax (305) 263-6335
e-mail: robert@rabankruptcy.com

Copies furnished to:
Robert A. Angueira, Esq.

*(Attorney Robert Angueira is directed to serve copies of this Order upon the Debtor, Debtor's attorney, Trustee, U.S. Trustee and all parties who have requested notice, and to file a Certificate of Service with the Court confirming such service.)*